**STATE of Missouri, Respondent,**

v.

**Joseph C. PHILLIPS, Appellant.**

**No. WD 37200.**

Missouri Court of Appeals,
Western District.

April 15, 1986.

Jon M. Krebbs, Liberty, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM:

Joseph Phillips appeals a jury conviction for vehicular manslaughter, § 577.005, RSMo Supp.1983, and a sentence of five (5) years imprisonment and a $5,000 fine.

Judgment is affirmed. Rule 30.25(b).